UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Carlos Eugene Green                              Docket No. 4:09-CR-9-1BO

Petition for Action on Supervised Release

COMES NOW C. Lee Meeks, Jr., U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Carlos Eugene Green, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute More Than 50 Grams or More of Cocaine Base (Crack) and More Than 500 Grams of Cocaine, in violation of 21 U.S.C. § 846, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on September 15, 2009, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Carlos Eugene Green was released from custody on November 30, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On March 16, 2017, Green submitted to urinalysis that returned positive for marijuana. When confronted with the violation, the defendant acknowledged the validity of the test and signed a drug use admission form indicating he used marijuana on or about March 1, 2017.

Further discussions with Green revealed he is experiencing issues with anxiety and peer pressure. Green also reported he believes he would benefit from substance abuse and mental health counseling. In consideration of the above information, the probation officer respectfully requests the conditions of supervised release be modified to include drug aftercare and mental health treatment. This modification will allow the defendant to obtain assessments to address the mental health and substance abuse issues, and enrollment in the Surprise Urinalysis Program.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Carlos Eugene Green
Docket No. 4:09-CR-9-1BO
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

/s/ C. Lee Meeks, Jr.
C. Lee Meeks, Jr.
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5105
Executed On: June 6, 2017

## ORDER OF THE COURT

Considered and ordered this ____6____ day of ___June___, 2017, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge