UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Carlos Eugene Green**                                             **Docket No. 4:09-CR-9-1BO**

**Petition for Action on Supervised Release**

COMES NOW C. Lee Meeks, Jr., U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Carlos Eugene Green, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute More Than 50 Grams or More of Cocaine Base (Crack) and More Than 500 Grams of Cocaine, in violation of 21 U.S.C. § 846, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on September 15, 2009, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Carlos Eugene Green was released from custody on November 30, 2016, at which time the term of supervised release commenced.

On June 6, 2017, the court approved a Petition for Action on Supervised Release ordering the defendant to participate in drug aftercare and mental health treatment after the defendant submitted a positive drug test, and reported he was suffering with anxiety.

On August 30, 2017, the court approved a Violation Report agreeing to take no action after the defendant submitted a positive drug test.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On November 15, 2017, the defendant submitted to urinalysis via an instant field test that returned positive for cocaine. On November 25, 2017, the positive drug test result was confirmed by the laboratory. On December 7, 2017, the defendant was confronted with the violation. At that time, the defendant signed an Admission of Drug Use form indicating he used cocaine on or about November 13, 2017. Additionally, the defendant admitted he has not reported as directed for the Surprise Urinalysis Program as directed.

As a result of the positive test, the substance abuse counselor was contacted. Defendant remains in individual and group substance abuse counseling, but has rescheduled several individual appointments recently. The probation office will continue to monitor the defendant's compliance with drug treatment and participation with drug testing. As a sanction for the drug use, the probation officer respectfully recommends the conditions of supervised release be modified to include a 30-day period of location monitoring with curfew. In consideration of the defendant's financial status, it is recommended the government pay for the monitoring services.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Carlos Eugene Green
Docket No. 4:09-CR-9-1BO
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. The government will pay for the monitoring services.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

/s/ C. Lee Meeks, Jr.
C. Lee Meeks, Jr.
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5105
Executed On: December 15, 2017

## ORDER OF THE COURT

Considered and ordered this 17 day of December, 2017, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge